UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00201

**Yadira Aldaco,**
*Plaintiff,*

v.

**Super Diamond Eagle, Inc. and Kalwaljit Singh,**
*Defendants.*

Before BARKER, *District Judge*

## ORDER

Before the court is the parties' joint motion to dismiss with prejudice. Doc. 16. The parties jointly request dismissal of the case with prejudice and counsel for both parties have signed the motion. Accordingly, the court will construe this motion as a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and this action is **dismissed with prejudice** pursuant to the stipulation.

*So ordered by the court on July 27, 2020.*

J. CAMPBELL BARKER
United States District Judge